UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

**FILED**
MAY 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 17, 2007

**RECEIVED**
MAY 2 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____MV_____
DEPUTY CLERK

Office of the Clerk
U.S. District Court, Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Case Name:       US-v-Olivia Belva Millett
Case Number:    4:07-70278-WDB            EDCA #1:07 MJ 105 DLB
Charges:         18:287   False claims to the U.S.

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

   ( )   The U.S. Marshal has been ordered to remove this defendant
         to your district forthwith.
   (X)   The defendant has a court appearance in your court on: 5/25/07 @ 1:30PM

Enclosed are the following documents:
                original Rule 5 affidavit
       certified copy of *AO 94, Commitment to Another District*
                Other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                          Sincerely yours,

                                          RICHARD WIEKING, Clerk

                                          by: Kelly Collins
                                          Case Systems Administrator

Enclosures
cc: Financial Office
--------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____          CLERK, U.S. DISTRICT COURT

                                          By _____
                                                   Deputy Clerk