1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   (510) 637-3500
5
   Counsel for Defendant OLIVIA BELVA MILLETT
6

7

8

9                          IN THE UNITED STATES DISTRICT COURT

10                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              )
                                           )   No. CR-07 70278 WDB
13                  Plaintiff,             )
                                           )   STIPULATION CONTINUING
14       v.                                )   STATUS CONFERENCE AND
                                           )   EXCLUSION OF TIME AND
15                                         )   PROPOSED ORDER
                                           )
16  OLIVIA BELVA MILLETT,                  )
                                           )
17                  Defendant.             )

18

19
         IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant's
20
    appearance in this case, currently scheduled for July 23, 2007, may be continued to August 6, 2007 at
21
    10:00 a.m.  The Eastern District has forwarded a proposed plea agreement to defense counsel for
22
    review and discussion with Ms. Millett.  Ms. Millett's appearance in the Eastern District, if
23
    necessary, has been continued to August 24, 2007.  The parties anticipate that the matter will resolve
24
25  here in the Northern District, and therefore request this brief continuance in anticipation of a Rule 20
26

*United States v. Millett*, CR 07-70278-WDB
STIP. CONTINUING APPEARANCE          - 1 -

resolution. United States District Judge Lawrence O'Neill in the Eastern District has entered an order excluding time under the Speedy Trial Act to August 24, 2007.

Dated: July 19, 2007

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: July 19, 2007

/S/
_____
BRYAN WHITTAKER
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the status conference currently scheduled for July 23, 2007, be continued to August 6, 2007.

Dated:

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*United States v. Millett*, CR 07-70278-WDB
STIP. CONTINUING APPEARANCE         - 2 -