# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**FILED**
SEP 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**U.S.A. vs Olivia Millet**            Docket No. 4-07-70278  WDB

### Petition for Arrest Warrant and Supporting Affidavit

I, **Paul Mamaril**, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, **solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.** The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. The above-referenced individual is the sole defendant charged in a Criminal Complaint in the Eastern District of California - Fresno, with a violation of Title 18, United States Code, Section 287 - False Claims to the United States. The defendant initially appeared before Your Honor on May 15, 2007, charged with the instant offense. Ms. Millet was released on a $50,000 unsecured bond with Pretrial Services supervision and various special conditions, including (1) the defendant shall not commit any federal, state, or local crime.

2. The defendant is pending possible Rule 20 In proceedings. It should be noted that Ms. Millet is scheduled to appear before Your Honor on October 3, 2007, at 10:00am for a Status Hearing.

3. On September 7, 2007, the defendant appeared for a Bail Review Hearing before Your Honor regarding an arrest that occurred on August 16, 2007, for First Degree: Burglary, in Berkeley, California. On that date, Your Honor admonished the defendant regarding this arrest.

4. The undersigned was informed by the defendant's mother, Barbara Gray, that on September 20, 2007, Ms. Millet was arrested for First Degree: Burglary in Hayward, California. Ms. Gray advised this officer that the defendant is in-custody at the Santa Rita County Jail in Dublin, California. The Alameda County Superior Court confirmed this arrest and indicated that the defendant is scheduled for an Arraignment Hearing on September 25, 2007, at 9:00am. The defendant's bail is set for $20,000.

*[handwritten notation: cc: WDB's Stat, Copy to parties via ECF, 2 certified copies to Marshal, Pretrial, Financial]*

Page Two - Petition for Arrest Warrant and        Re: Millet, Olivia
Supporting Affidavit                               Docket No.: CR 07-70278 WDB

Based on the foregoing, there is probable cause to believe that **Olivia Millet** violated the conditions of her pretrial release. Therefore, I ask the Court to issue a no bail warrant for her arrest.

Respectfully Submitted,

_____
Paul Mamaril
U.S. Pretrial Services Officer

Reviewed by:

_____ FOR/AL
Allen Lew, Supervising
U.S. Pretrial Services Officer

Place: **Oakland, California**
Date: **September 25, 2007**

---

Having considered the information set forth above,

THE COURT ORDERS:

☒  The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his/her bail should not be revoked.

☐  Other: _____
_____
_____
_____
_____

9-25-07                                    _____
Date                                       Honorable Wayne D. Brazil
                                           U.S. Magistrate Judge

NDCA-PSA PS8-A
(Revised 12/16/04)