# MAGISTRATE JUDGE MINUTE ORDER

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/TAPE NO. |
|---|---|---|
| WAYNE D. BRAZIL | Sheilah Cahill | FTR 10-02-41 - 10-15-15 |

| DATE | NEW CASE | CASE NUMBER |
|---|---|---|
| October 3, 2007 | ☐ | 4-07-70278 WDB |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Olivia Millett | | No | P | Jerome Matthews | ☒ PD. / ☐ APPT. / ☐ RET. |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFIDAVIT SUBMITTED ☐ |
|---|---|---|
| Bryan Whittaker | | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | COUNSEL APPOINTED ☐ |
|---|---|---|
| | Paul Mamaril | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)

☐ INITIAL APPEARANCE   ☐ PRELIMINARY HEARING   ☐ MOTION   ☐ JUDGMENT & SENTENCING   ☐ STATUS

☐ I.D. COUNSEL   ☐ OR ARRAIGNMENT   ☐ BOND POSTING/SIGNING   ☐ IA ON PETITION TO REVOKE PROB.   ☐ TRIAL

☐ DETENTION HEARING   ☐ REMOVAL HEARING   ☐ CHANGE OF PLEA   ☐ PROB. REVOC. OR SUPV. REL. HRG.   ☒ OTHER: Status re Rule 20

### INITIAL APPEARANCE
☐ ADVISED OF RIGHTS   ☐ ADVISED OF CHARGES   ☐ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

### ARRAIGNMENT
☐ ARRAIGNED ON INFORMATION   ☐ ARRAIGNED ON INDICTMENT   ☐ READING WAIVED SUBSTANCE STATED   ☐ WAIVER OF INDICTMENT FILED

**FILED OCT - 3 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### RELEASE
☐ RELEASED ON O/R   ☒ ISSUED APPEARANCE BOND   ➡ AMOUNT OF SECURITY $100,000   AMOUNT RECEIVED $ unsecured   ☐ PASSPORT SURRENDERED DATE:

PROPERTY POSTED/TO BE POSTED
☐ CASH $    ☐ CORPORATE SECURITY    REAL PROPERTY: ☐

☐ MOTION FOR DETENTION   ☐ PRETRIAL SERVICES REPORT ORDERED   ☐ DETAINED   ☐ RELEASED   ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED   ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF                    OTHER:

### PLEA
☐ CONSENT ENTERED   ☐ NOT GUILTY   ☐ GUILTY   ☐ GUILTY TO COUNTS:

☐ PRESENTENCE REPORT ORDERED   ☐ CHANGE OF PLEA   ☐ PLEA AGREEMENT FILED   ☐ OTHER:

### CONTINUANCE
TO: 10/5/07   AT: 1:30 p.m.   BEFORE HON. EDCA-Fresno

☐ I.D. COUNSEL   ☐ BOND POSTING/SIGNING   ☐ STATUS RE: CONSENT   ☐ JURY TRIAL
☐ SUBMIT FINAN. AFFIDAVIT   ☐ PRELIMINARY HEARING OR ARRAIGNMENT   ☐ PLEA   ☐ BOND HEARING
☐ DETENTION HEARING   |   ☐ TO HEAR MOTIONS   ☐ JUDGMENT & SENTENCING

☐ TIME WAIVED   ☐ IDENTITY/REMOVAL HEARING   ☐ PRETRIAL CONFERENCE   ☐ PROBATION REV. HEARING

☐ TIME EXCLUDABLE UNDER 18 § USC 3161   ☐ TRIAL SETTING   ☐ COURT TRIAL   ☒ STATUS

### ADDITIONAL PROCEEDINGS

USAO in NDCA and USAO in EDCA no longer willing to do Rule 20. Case continued to 10/5/07 at 1:30 p.m. before the Magistrate Judge in Fresno, CA, (EDCA). **Court recalls warrant.** $100,000 unsecured bond issued. Defendant's mother agrees to act as custodian.